**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.**



_____
Mary Ann Whipple
United States Bankruptcy Judge

**Dated:  September 20 2023**

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In Re:  Melvin O. Ott | * | Case No.  23-31661 W |
| Rebecca A. Ott | | |
| | * | Judge Mary Ann Whipple |
| **Debtors** | * | Chapter 13 |

### ORDER

On motion of the Trustee good cause being shown, and it appearing from the Debtors' schedules that the Debtors have an interest in and to certain real estate known as:

**424 Pearl St., Sandusky, OH 44870**

which is subject to the jurisdiction of this Court, it is,

**ORDERED** that Melvin O. Ott and Rebecca A. Ott be, and they hereby are enjoined from encumbering, selling, transferring, or otherwise disposing of their interest therein without first obtaining leave of this Court.