United States Bankruptcy Court
Northern District of Ohio

| | |
|---|---|
| In re: | Case No. 23-31661-maw |
| Melvin O. Ott | Chapter 13 |
| Rebecca A. Ott | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0647-3 | User: dzeme | Page 1 of 2 |
| Date Rcvd: Sep 26, 2023 | Form ID: pdf757 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/db | + Melvin O. Ott, Rebecca A. Ott, 424 Pearl St., Sandusky, OH 44870-2134 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/PDF: acg.acg.ebn@aisinfo.com | Sep 26 2023 22:07:57 | Ally Financial, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + Email/PDF: acg.acg.ebn@aisinfo.com | Sep 26 2023 22:07:57 | Exeter Finance LLC, c/o AIS Portfolio Services, LL, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | Email/Text: BankruptcyECFMail@mccalla.com | Sep 26 2023 22:05:00 | U.S. Bank Trust National Association, not in its i, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Sep 28, 2023 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Elizabeth A. Vaughan | 13ECFNotices@chapter13toledo.com toledo13@ecf.epiqsystems.com |
| Nathan M. Nishiki | on behalf of Debtor Rebecca A. Ott nnishiki@ohiolegalclinic.com rausermail@ohiolegalclinic.com;jrauser@ohiolegalclinic.com;rauserlaw@gmail.com;Rauser_Bestclient@mail.com;AuteroBR51159@notify.bestcase.com |
| Nathan M. Nishiki | on behalf of Debtor Melvin O. Ott nnishiki@ohiolegalclinic.com rausermail@ohiolegalclinic.com;jrauser@ohiolegalclinic.com;rauserlaw@gmail.com;Rauser_Bestclient@mail.com;AuteroBR51159@notify.bestcase.com |

TOTAL: 3

The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.



Mary Ann Whipple
United States Bankruptcy Judge

Dated: September 20 2023

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In Re: Melvin O. Ott | * | Case No. 23-31661 W |
| Rebecca A. Ott | | |
| | * | Judge Mary Ann Whipple |
| Debtors | * | Chapter 13 |

**ORDER**

On motion of the Trustee good cause being shown, and it appearing from the Debtors' schedules that the Debtors have an interest in and to certain real estate known as:

**424 Pearl St., Sandusky, OH 44870**

which is subject to the jurisdiction of this Court, it is,

**ORDERED** that Melvin O. Ott and Rebecca A. Ott be, and they hereby are enjoined from encumbering, selling, transferring, or otherwise disposing of their interest therein without first obtaining leave of this Court.